[No. 14719-6-I.  Division One.  June 16, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY
WAYNE BRITT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-00098-4, Arthur E. Piehler, J., entered
May 3, 1984. *Affirmed* by unpublished opinion per Wil-

liams, J., concurred in by Grosse, J., and Johnsen, J. Pro Tem.